SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NEW YORK 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 5385
IAN.MCGINLEY@SIDLEY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/05/2026

August 3, 2026

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *United States v. $30,619.27 in United States Currency Formerly on Deposit in Interactive Brokers LLC Account No. U13270608 Held in the Name of Ling Zhang, et al.*, No. 26 Civ. 5543 (MMG) — Letter-Motion to Adjourn the Initial Pretrial Conference and Related Rule 26 Deadlines

Dear Judge Garnett:

Counsel to Yuanbin Zou respectfully submit this letter-motion pursuant to Rule I(B)(5) of Your Honor's Individual Rules and Practices. Mr. Zou is a prospective claimant to defendant *in rem* $3,947,313.45 in United States Currency Formerly on Deposit in Interactive Brokers Hong Kong Account Number U19832813 Held in the Name of Yuanbin Zou. The Government does not oppose this letter-motion.

Counsel to Mr. Zou request that the Court: (1) adjourn the initial pretrial conference from August 11, 2026, to September 9, 2026, at 9:30 a.m., or to another date and time convenient to the Court; (2) extend, solely as to Mr. Zou, the deadline to file a verified claim from August 14 to August 28, 2026, and the corresponding deadline to answer or move under Rule 12 from September 4 to September 18, 2026; and (3) permit the parties to suspend the Rule 26-related case-management and discovery requirements so that the parties may seek guidance from the Court about these requirements at the initial conference.

Counsel for Mr. Zou entered appearances on July 30, 2026. Mr. Zou resides in China. The requested two-week extensions will permit newly appearing counsel additional time to prepare the verified claim and prepare an answer or motions under Rule 12. The requested relief is limited, will not prejudice the Government, and is made after consultation between counsel. This is Mr. Zou's first request for an extension or adjournment of these dates.

**DATE**: August 3, 2026

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: /s/ *Ian McGinley*
Ian McGinley
ian.mcginley@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

/s/ *D'Juan B. Jones*
D'Juan B. Jones
djuan.jones@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 739-8000

**Counsel for Yuanbin Zou**

cc:

Michael S. DiBattista
Special Assistant United States Attorney
26 Federal Plaza, 38th Floor
New York, New York 10278
Tel: (212) 637-1029
*Counsel for Plaintiff United States of America*
(by ECF)

GRANTED. Mr. Zou's deadline to file a certified claim is hereby EXTENDED until **August 28, 2026**. Mr. Zou's corresponding deadline to answer or move under Rule 12 is EXTENDED until **September 18, 2026**. The August 11, 2026 Initial Pretrial Conference is hereby ADJOURNED to **Tuesday, September 29, 2026**, at **9:30 a.m.** The conference will occur in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The deadline for the parties' to file Joint Letter/Proposed Case Management Plain described in the Court's July 7, 2026 Order, Dkt. No. 6, and the parties' Rule 26 disclosure requirements are ADJOURNED *sine die,* until the parties can discuss these matters with the Court during the September 29 conference.

SO ORDERED. Dated August 5, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUGE