KOBRE & KIM (HK) LLP

SUITES 2501-5, 25/F, CHAMPION TOWER
3 GARDEN ROAD
CENTRAL, HONG KONG
WWW.KOBREKIM.COM
TEL +852 2127 3288
FAX +852 2127 3280

高博金(香港)律師事務所
有限法律責任合夥
香港中環花園道3號
冠君大廈25樓2501-5室

August 12, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *United States of America v. $30,619.27 in United States Currency Formerly on Deposit in Interactive Brokers LLC Account No. U13270608 Held in the Name of Ling Zhang, et al.*, No. 26 Civ. 5543 (MMG) — Letter-Motion to Extend the Deadline to File a Verified Claim and Corresponding Deadline under Rule 12

Dear Judge Garnett:

Counsel[1] to Jialin Zhang, Anna Fu, Jianwei Li, Shaoyan Huang, and Ngai Sing Wong (together, the "Prospective Claimants") respectfully submit this letter-motion pursuant to Rule I(B)(5) of Your Honor's Individual Rules and Practices.

- Zhang is a prospective claimant to defendant *in rem* $1,755,148.73 in United States Currency Formerly on Deposit in Interactive Brokers LLC Account Number U13786978 Held in the Name of Jialin Zhang ("Subject Account-2");
- Fu is a prospective claimant to defendant *in rem* $427,628.20 in United States Currency Formerly on Deposit in Interactive Brokers LLC Account Number U13787253 Held in the Name of Anna Fu ("Subject Account-3");

[1] Undersigned counsel's appearance in this matter is limited solely to the filing of this motion and any related extension of time. This appearance shall not be construed as an entry of appearance for all purposes, and counsel reserves the right to seek leave to withdraw upon expiration of the purpose for which this limited appearance is made, or to enter a general appearance at a later date without prejudice to any rights reserved herein.

- Li is a prospective claimant to defendant *in rem* $1,160,658.67 in United States Currency Formerly on Deposit in Interactive Brokers LLC Account Number U15527285 Held in the Name of Jianwei Li ("Subject Account-5");
- Huang is a prospective claimant to defendant *in rem* $1,164,051.26 in United States Currency Formerly on Deposit in Interactive Brokers LLC Account Number U15692398 Held in the Name of Shaoyan Huang ("Subject Account-6"); and
- Wong is a prospective claimant to defendant *in rem* $1,266,774.99 in United States Currency Formerly on Deposit in Interactive Brokers Hong Kong Account Number U16295386 Held in the Name of Ngai Sing Wong ("Subject Account-9").

We respectfully request that the Court extend the deadline for the Prospective Claimants to file a verified claim from August 14 to August 28, 2026, and the corresponding deadline to answer or move under Rule 12 from September 4 to September 18, 2026. We have conferred with the Government on this extension request, and they do not object.

These requested deadlines are consistent with those ordered by the Court on August 5, 2026, in respect of prospective claimant Yuanbin Zou (Dkt. 10). The same Order adjourned *sine die* the parties' Rule 26 case management and disclosure requirements until the parties can discuss these matters with the Court during the Initial Pretrial Conference scheduled for September 29, 2026. We further respectfully request that the Court confirm that this schedule also applies to the Prospective Claimants.

The purpose of the requested two-week extension is to allow the Prospective Claimants the additional time they need to consider whether to file a claim to the defendant property. The requested relief is limited and unopposed, will not prejudice other parties or prospective claimants, and is made after consultation between counsel. This is the first time extension sought by the Prospective Claimants.

GRANTED. The deadline for all prospective claimants to file a verified claim is hereby EXTENDED until **August 28, 2026**. The corresponding deadline for all prospective claimant to answer or move under Rule 12 is EXTENDED until **September 18, 2026**. The deadline for all prospective claimants to file the joint letter and proposed case management plan described in the Court's July 7, 2026 Order (Dkt. No. 6) and the parties' Rule 26 disclosure requirements are ADJOURNED *sine die*, and counsel for all potential claimants shall appear at the September 29, 2026 Initial Pretrial Conference.

SO ORDERED. Dated August 13, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

KOBRE & KIM (HK) LLP

/s/ Calvin K. Koo
Calvin K. Koo
Kobre & Kim (HK) LLP
25/F, Champion Tower
3 Garden Road
Central, Hong Kong
(+852) 2127-3297
calvin.koo@kobrekim.com

Evelyn Baltodano Sheehan
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200
evelyn.sheehan@kobrekim.com

*Counsel for Jialin Zhang, Anna Fu, Jianwei Li, Shaoyan Huang, and Ngai Sing Wong*

cc:

Michael S. DiBattista
Special Assistant United States Attorney
26 Federal Plaza, 38th Floor, New York, New York 10278
(212) 637-1029
*Counsel for Plaintiff United States of America*
(by ECF)