USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

$30,619.27 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN INTERACTIVE BROKERS LLC ACCOUNT NUMBER U13270608 HELD IN THE NAME OF LING ZHANG, et al.,

Defendants.

26-CV-05543 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Court having been advised that all claims asserted by Plaintiff against Claimants Jialin Zhang, Anna Fu, Jianwei Li, Shaoyan Huang, and Ngai Sing Wong (the "Settling Claimants") have been settled in principle, it is ORDERED that any deadlines or other events in the case are STAYED solely as to the Settling Claimants for **60 days** from the date of this Order.

If a stipulation of dismissal or other event terminating the Settling Claimants from this action has not been filed by that time, the parties shall submit a joint status letter advising the Court as to the status of settlement and, if necessary, proposing next steps in this matter.

Dated: November 24, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge